IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOLAN A. ANSELMI and DANIEL J. FREY,<br><br>Defendants. | CR 24–23–BU–DLC<br><br><br>ORDER |

Before the Court is the United States of America's Unopposed Motion for Final Order of Forfeiture. (Doc. 79.) Having reviewed said Motion, the Court finds:

1.      The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

2.      A Preliminary Order of Forfeiture was entered on February 20, 2025 that forfeited Defendant Daniel J. Frey's property interest. (Doc. 50.)

3.      A Preliminary Order of Forfeiture was entered on July 7, 2025 that forfeited Defendant Nolan A. Anselmi's property interest. (Doc. 76.)

4.      All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 77.)

5.      It appears there is cause to issue a forfeiture of the unclaimed property

1

under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.    The Motion for Final Order of Forfeiture (Doc. 79) is GRANTED.

2.    The United States is directed to return the following firearm, when no longer needed as evidence, to Michael Francis Masson, who has been identified as the rightful owner and is not prohibited from possessing firearms:

- Glock 19 9mm pistol, SN BRWU499.

3.    Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(1)(11), free from the claims of any other party:

- Sig Sauer pistol, SN 58J094188;
- Sig Sauer pistol, SN 66B132037;
- Taurus PT24/7 Pro 45mm pistol, SN NAO54193;
- AR Rifle, SN 858-13705;
- Aero Precision M4-EI Rifle, SN M4-0356232;
- Ruger Security-9 9mm pistol, SN 381-75314;
-  Savage Axis 6.5 Creedmoor rifle, SN P024653; and
- Miscellaneous ammunition, accessories, and firearms components.

The United States shall have full and legal title to this forfeited property and may dispose of it in accordance with the law.

DATED this 23rd day of September, 2025.

Dana L. Christensen, District Judge
United States District Court

2